UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JORDAN ANTHONY JORDAN,<br><br>　　　　Defendant/Judgment Debtor,<br><br>and<br><br>HISTORIC PRESERVATION,<br><br>　　　　Garnishee. | NO.  15-m5041 BHS<br><br>(3:09-CR-5157-1)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Jordan Anthony Jordan, from Historic Preservation, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Historic Preservation, whose address is Historic Preservation, Attn: Denise Bartelt, 1130 SW Morrison St., Ste. 318, Portland, OR 97205.

//

DATED this  5  day of  January , 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**